

*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00015-CV

**HEIGHTS EXECUTIVE SUITES LLC**, and Ernesto Bustos,
Appellants

v.

**TBF FINANCIAL LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 338825
Honorable Karen Crouch, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:   February 25, 2009

DISMISSED

Appellants have filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, which has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellants. *See id.* 42.1(d).

PER CURIAM